IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL AND ORNAMENTAL IRON WORKERS, LOCAL UNION NO. 21, et al., | ) ) ) ) ) | 8:05CV396 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | ORDER |
| B&B STEEL ERECTION, | ) ) ) | |
| Defendant. | ) | |

This matter is before the court *sua sponte*. On November 7, 2007, the court informed the parties by letter of their obligation to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to file a written report of their meeting. **See** Filing No. 9. No such report has been filed.

Accordingly,

**IT IS ORDERED:**

The parties shall report to the court in accordance with Fed. R. Civ. P. 26(f) **on or before December 17, 2007 or** show cause why sanctions should not be imposed upon them in accordance with Fed. R. Civ. P. 16(f) and 37(g).

DATED this 4th day of December, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge