IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL AND ORNAMENTAL IRON WORKERS, LOCAL UNION NO. 21, IRONWORKERS INTERMOUNTAIN HEALTH & WELFARE TRUST FUND, INTERMOUNTAIN IRONWORKERS TAX-DEFERRAL PLAN, (Annuity), IRONWORKERS LOCAL 21 TRAINING & EDUCATION FUND, IRONWORKERS LOCAL 21 VACATION FUND, IRONWORKERS LOCAL 21 LEGISLATIVE FUND, and OMAHA CONSTRUCTION INDUSTRY PENSION FUND,<br><br>    Plaintiffs,<br><br>        v.<br><br>B&B STEEL ERECTION, Inc.,<br><br>    Defendant. | 8:05CV396<br><br>ORDER OF DISMISSAL |

The matter before the court is the plaintiffs' Notice of Case Dismissal. Filing No. 15. The court finds that this matter should be dismissed without prejudice.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that, pursuant to FED. R. CIV. P. 41(a), the plaintiffs' cause of action against the defendant is hereby dismissed in its entirety, without prejudice, and with the parties to be responsible for their own costs and attorney fees.

DATED this 12th day of March, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge